UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80045-Cr-CANNON/REINHART(s)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA,

vs.

BELAS SHELSON ROSIER,

Defendant.
_____/



FILED BY SW D.C.

JUN 0 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about October 4, 2021, and continuing through on or about March 9, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**BELAS SHELSON ROSIER,**

did knowingly and willfully combine, conspire, confederate, and agree with JJG and other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendant, **BELAS SHELSON ROSIER**, it is further alleged that the controlled substance involved in the conspiracy attributed to the defendant, as a result of that defendant's own conduct, and the conduct of other conspirators reasonably

~~result of that defendant's own conduct, and the conduct of other conspirators reasonably~~  foreseeable to that defendant:

    (a)    is 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as Fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi); and

    (b)    is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2

On or about June 22, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**BELAS SHELSON ROSIER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further alleged that this violation involved ten (10) grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, that is, p-Fluorofentanyl and p-

Fluoro Valeryl Fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BELAS SHELSON ROSIER**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:


FOREPERSON


_____ for
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.: 23-Cr-80045-CANNON/REINHART(s)

v.

BELAS SHELSON ROSIER

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of counts 2

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Creole
4. This case will take 2-3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Cannon    Case No. 23-Cr-80045-CANNON/REINHART
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-8044-WM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of Bond as Previously set
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
John McMillan
Assistant United States Attorney
Court ID No. A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Belas Shelson ROSIER

**Case No**: 23-80045-Cr-CANNON/REINHART

**Count #: 1**
**Conspiracy to Possess with the Intent to Distribute Controlled Substances (Over 400 grams of fentanyl)**
**Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846**
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable): 10 years
* Max. Supervised Release: Life
* Max. Fine: $10,000,000.00
* Special Assessment: $100.00
* **Immigration consequences** of removal from the United States if the defendant is not a United States Citizen

**Count #: 2**
**Possession with the Intent to Distribute Controlled Substances (Over 400 grams of fentanyl)**
**Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)**
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable): 10 years
* Max. Supervised Release: Life
* Max. Fine: $10,000,000.00
* Special Assessment: $100.00
* **Immigration consequences** of removal from the United States if the defendant is not a United States Citizen