UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80045-Cr-CANNON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BELAS SHELSON ROSIER,

        Defendant.
_____/

## JOINT SPEEDY TRIAL REPORT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Local Rule 88.5, submits the following joint speedy trial status report after consultation with counsel for the above-referenced defendant:

1. The defendant made his initial appearance on March 1, 2023, and was released on bond (DE 8). On March 16, 2023, with the defendant's consent (DE 15, 16), an Information was filed and made public (DE 13).

2. Thereafter, on April 5, 2023, in compliance with Paragraph 3 of the Court's Omnibus Order Setting Trial Date and Establishing Pretrial Instructions and Sentencing Procedures (DE 17, ¶ 3, at 2), the government filed a Motion for Admission of Evidence Pursuant to Fed. R. Evid. 404(b), advising therein in compliance with Local Rule 88.9 that such was opposed by the defense (DE 18). That motion remains pending before this Honorable Court with a hearing date having been set for May 23, 2023, at 1:30 p.m. (DE 28).

3. Title 18, United States Code, Section 3161(h)(1)(D), provides that "[t]he following periods of delay shall be excluded in . . . computing the time within which the trial of any such offense must commence: . . . (D) delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." (*id*).

4. On April 13, 2023, defense counsel filed an Unopposed Motion to Continue Trial (DE 23). On April 14, 2023, this Honorable Court granted the defendant's Unopposed Motion to Continue Trial (DE 23), and continued trial of this matter to July 17, 2023, finding "that the interests of justice served by a continuance outweigh any interest of the public or Defendant in a speedy trial . . . . [and] that the period of delay resulting from this continuance is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A)." (DE 24).

5. In view of the foregoing, the parties respectfully submit that a total of twenty (20) days of non-excludable time has elapsed in this case, all other intervening time being excludable pursuant to either Title 18, United States Code, Sections 3161(h)(1)(D) and/or 3161(h)(7)(A) **and a total of fifty (50) days remain within which to try the defendant from July 17, 2023**.

6. **Local Rule 88.9 Certification**: The undersigned hereby certified that on June 13, 2023, he provided a copy of the instant pleading via email and conferred with counsel for the defendant, Jack A. Fleischman, Esq., who advised that he concurred with the foregoing Speedy

Trial analysis and authorized undersigned counsel for the United States to file as a joint statement of the parties.

                        Respectfully submitted,

                        MARKENZY LAPOINTE
                        UNITED STATES ATTORNEY

BY:    s/ *John C. McMillan*
        JOHN C. McMILLAN
        Assistant United States Attorney
        Admin. No. A5500228
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office:  (561) 820-8711
        FAX:   (561) 820-8777
        Email: John.McMillan@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

By:    s/ *John C. McMillan*
      JOHN C. McMILLAN
      ASSISTANT UNITED STATES ATTORNEY